**THOMPSON LAW, LLC**
Colin M. Thompson
2nd Floor, J.E. Tenorio Bldg.
PMB 917, Box 10001
Saipan, MP 96950
Telephone No: (670) 233-0777
Facsimile No:   (670) 233-0776

*Attorney for BigBang Entertainment, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **BIGBANG ENTERTAINMENT, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,**<br><br>**Defendant.** | **CASE NO. 1:23-CV-00008**<br><br>**PLAINTIFF BIG BANG ENTERTAINMENT, LLC'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CAUSE OF ACTION FIVE FOR NEGLIGENT BREACH OF FIDUCIARY DUTY AND CAUSE OF ACTION SIX FOR INTENTIONAL BREACH OF FIDUCIARY DUTY.** |

**COMES NOW**, the Plaintiff, BigBang Entertainment, LLC, ("Big Bang") by and through counsel, to offer the following statement of non-opposition to Defendant, Imperial Pacific International (CNMI), LLC,'s ("IPI") Motion to Dismiss Counts V and VI.

In consideration of the points raised in IPI's motion to dismiss, the nature of the relationship between the parties, and based on further research of the current state of the law, Big Bang hereby notifies the Court and opposing counsel of its intention to not oppose dismissal of Count V for negligent breach of fiduciary duty and Count VI for intentional breach of fiduciary

//

//

Page **1** of **2**

duty.  This statement of non-opposition is limited to IPI's Motion to Dismiss Counts V and IV of the Complaint.  Big Bang intends vigorously prosecute all remaining causes of action.

Respectfully submitted this 14th day of June, 2023.

*/s/ Colin M. Thompson*
**THOMPSON LAW, LLC**
Colin M. Thompson
CNMI Bar No. F0221
*Attorney for BigBang*
*Entertainment, LLC*